616 F.2d 255
 BEAIRD-POULAN, INC., Plaintiff-Appellant Cross-Appellee,
v.
DEPARTMENT OF HIGHWAYS, STATE OF LOUISIANA,
Defendant-Appellee Cross-Appellant,
Neil Edward Goldschmidt, Secretary of Transportation,
Defendant-Appellee.
BEAIRD-POULAN, INC., Plaintiff-Appellee,
v.
DEPARTMENT OF HIGHWAYS, STATE OF LOUISIANA, Defendant-Appellant.
 Nos. 78-1242, 78-2904.
 United States Court of Appeals, Fifth Circuit.
 April 30, 1980.
 
 Appeals from the United States District Court for the Western District of Louisiana; Ben C. Dawkins, Judge.
 
 
 1
 Thomas J. Wyatt, Shreveport, La., for Beaird-Poulan, Inc.
 
 
 2
 Maryann Walsh, Edward J. Shawaker, Atty., James W. Moorman, Asst. Atty. Gen., Peter M. Shane, Lands Div., U. S. Dept. of Justice, Washington, D. C., for B. Adams.
 
 
 3
 William W. Irwin, Jr., Baton Rouge, La., for Dept. of Highways, State of La.
 
 
 4
 Preston Pulliam, Atty., Legal Div., Dept. of Transp., State of Okl., Oklahoma City, Okl., for State of Oklahoma, etc., amicus curiae.
 
 
 5
 Before COLEMAN, Chief Judge, REAVLEY and ANDERSON, Circuit Judges.
 
 PER CURIAM:
 
 6
 We affirm on the basis of the district court's opinion, 441 F.Supp. 866, which is adopted as the opinion of this Court.